## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

| | |
|---|---|
| SHEENA PRICE, <br>     PLAINTIFF, <br><br> v. <br><br> RAWB FINANCIAL SERVICES, INC., <br> WOLFE CONSULTANTS LLC, and <br> ROBERT LECHLEIDER, individually, <br>     DEFENDANTS | Case No. 6:17-cv-06123-SOH |

## **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Sheena Price, by her attorney, states:

1. Plaintiff and Defendants have resolved their differences;

2. Plaintiff desires for her claims against all Defendants be dismissed with Prejudice.

3. Plaintiff requests the Court enter an Order dismissing the claims against Defendants, WITH PREJUDICE.

                                            Respectfully submitted,

                                            /s/ Jeffrey D. Wood_____
                                            Jeffrey D. Wood, AR Bar No. 2006164
                                            11610 Pleasant Ridge Rd.
                                            Suite 103-PMB 208
                                            Little Rock, AR 72227
                                            Telephone: (682) 651-7599
                                            Facsimile: (888) 598-9022
                                            jeff@jeffwoodlaw.com

                                            and

        Harold F. Cook, AR Bar No. 99118
        8114 Cantrell Road, Suite 100
        Little Rock, AR 72227
        Telephone: (501) 255-1500
        Facsimile: (501) 255-1116
        hal@attorneyhalcook.com
        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

A true copy of the foregoing PLAINTIFF'S 26(f) REPORT was filed in the CM/ECF system of the Western District of Arkansas on this 23rd day of August, 2019 and served on all parties and attorneys of record. The foregoing was served via U.S. first class mail, postage pre-paid on:

ROBERT LECHLEIDER
5000 Birch St., Suite 3000
Newport Beach, CA 92660

RAWB FINANCIAL SERVICES, INC.
5000 Birch St., Suite 3000
Newport Beach, CA 92660

WOLFE CONSULTANTS LLC
5000 Birch St., Suite 3000
Newport Beach, CA 92660

        /s/ Jeffrey D. Wood
        Jeffrey D. Wood, Esq.