IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHEENA PRICE                                                                                           PLAINTIFF

v.                                          Civil No. 6:17-cv-6123

RAWB FINANCIAL SERVICES, INC.;
WOLFE CONSULTANTS LLC; and
ROBERT LECHLEIDER                                                                                  DEFENDANTS

## ORDER

Plaintiff has filed a Motion to Dismiss with Prejudice (ECF No. 22), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), which notifies the Court that the parties have resolved all issues in this case. Upon consideration, the Court finds that the Motion to Dismiss (ECF No. 22) should be and hereby is **GRANTED**. Accordingly, the trial scheduled for the week of August 26, 2019, is cancelled. The above styled cause is **DISMISSED WITH PREJUDICE** as to all Defendants, subject to the terms of the settlement agreement. **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 23rd day of August, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge